OPINION HEADER 










NUMBER 13-05-00365-CR


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI - EDINBURG

 


IN RE: SERGIO GARCIA MATA, 

RELATOR

 


On Petition for Writ of Mandamus

 


MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Hinojosa and Rodriguez

Memorandum Opinion Per Curiam

 Relator, Sergio Garcia Mata, filed a petition for writ of mandamus in the above
cause number on June 8, 2005. The Court, having examined and fully considered the
petition, is of the opinion that said petition for writ of mandamus should be denied. 
Accordingly, relator's petition for writ of mandamus is denied.


 PER CURIAM

Memorandum Opinion delivered and filed

this 17th day of June, 2005.